■ MARIE B. CARUSO, Respondent, v. JOHN H. SINISTORE, Defendant; JAMES DEMPSEY, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 2, 1963. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ DOROTHY VON GLAHN FILS et al., Respondents, v. BENJAMIN SCHECTMAN, Appellant.— Motion by tenant for leave to appeal to this court from an order of the Appellate Term of the Supreme Court, granted. Motion by tenant for a stay, pending appeal, granted on condition: (1) that, pursuant to the leave granted, the notice of appeal shall be served promptly; (2) that, within 10 days after service of such notice, the tenant shall serve and file an undertaking for $1,000, with corporate surety, to pay the landlord any loss or damages sustained by reason of this stay and to pay the landlord the costs of this appeal in the event the order be affirmed or the appeal therefrom be dismissed; and (3) that the tenant shall perfect and be ready to argue or submit the appeal at the January Term, beginning January 2, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 12, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THELMA BRESKY, Respondent, v. POWER CRAFTS, LTD., et al., Appellants, et al., Defendants.— Motion by appellants to stay the enforcement of the default judgment herein, pending their appeal from an order, made on reargument, vacating the default on stated conditions. The motion is granted on the following conditions: (1) that, within 10 days after entry of the order hereon, appellants shall file an undertaking for $1,000, with corporate surety, to pay all damages which respondent may suffer by reason of this stay and to pay the costs on this appeal in the event that the judgment be affirmed or the appeal be dismissed; (2) that appellants shall submit to an examination before trial at a time mutually agreed upon or on 10 days' written notice; and (3) that appellants perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The record and appellants' briefs must be served and filed on or before December 28, 1962. Beldock, P. J., Brennan, Hill and Hopkins, JJ., concur; Rabin, J., not voting.